UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN SISE,<br><br>Plaintiff,<br><br>vs.<br><br>AIR LEASE CORPORATION, STEVEN F. UDVAR-HAZY, JOHN L. PLUEGER, ROBERT A. MILTON, MATTHEW J. HART, YVETTE HOLLINGSWORTH CLARK, CHERYL GORDON KRONGARD, MARSHALL O. LARSEN, SUSAN MCCAW, and IAN M. SAINES, | Case No.: 2:25-cv-10445<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Lincoln Sise ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: November 3, 2025

**BRODSKY & SMITH**

By: *Ryan P. Cardona*
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile (310) 247-0160

*Attorneys for Plaintiff*