JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LINCOLN SISE,

Plaintiff,

v.

AIR LEASE CORPORATION, *et al.*,

Defendants.

Case No. 2:25-cv-10445-FLA (SKx)

**ORDER DISMISSING ACTION [DKT. 5]**

On November 3, 2025, Plaintiff Lincoln Sise filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 5. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: November 12, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge